**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 333131-2800
Tel.: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiff*

**BOWMAN AND BROOKE LLP**
Carissa Casolari (State Bar No.: 292878)
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Tel.: 310.380.6577
E-Mail:
carissa.casolari@bowmanandbrooke.com

*Counsel for Defendant*
*OOFOS, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KERRY SAUNDERS, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>     v.<br><br>OOFOS, INC.,<br><br>                                        Defendant. | Case No. 3:26-cv-02537-CRB<br><br>**JOINT STIPULATION TO EXTEND DEADLINES** : MODIFIED ORDER<br><br>Judge: Hon. Charles R. Breyer<br><br>Current Response Date: June 25, 2026<br>New Response Date: July 27, 2026<br><br>Current Statement Date: June 19, 2026<br>New Statement Date: July 24, 2026<br><br>Current Conference Date: June 26, 2026<br>New Conference Date: July 31, 2026 |

Pursuant to Northern District of California Local Rules 6-1 and 6-2, Plaintiff Kerry Saunders ("Plaintiff") and Defendant OOFOS, INC. ("Defendant") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on March 24, 2026, Plaintiff filed the Complaint against Defendant (ECF No. 1);

WHEREAS, on March 25, 2026, this Court entered a scheduling order setting the Case Management Statement deadline for June 19, 2026, and the Initial Case Management Conference for June 26, 2026 (ECF No. 7);

WHEREAS, on May 22, 2026, the Parties stipulated to extend Defendant's time to respond to the Complaint to June 25, 2026 (ECF No. 11);

WHEREAS, the present action is in its infancy, Defendant has not yet filed a response to the pleadings, and this Court has only granted one prior extension;

WHEREAS, the Parties have conferred and agree, subject to Court approval, and are stipulating herein pursuant to L.R. 6-2(a), to extend (i) Defendant's deadline to respond to the Complaint to July 27, 2026; (ii) the Case Management Statement deadline to July 24, 2026; and (iii) the Initial Case Management Conference to July 31, 2026, or such other date as is convenient for the Court, while the Parties explore early resolution;

WHEREAS, the Parties believe it is in the interests of judicial efficiency and conservation of judicial resources to extend the aforementioned deadlines while the Parties explore early resolution of the present action;

WHEREAS, no party will be prejudiced by this extension of time;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE, subject to the Court's approval, that: (i) Defendant's deadline to respond to the Complaint shall be extended to July 27, 2026; (ii) the deadline for the Parties' Joint Case Management Statement shall be extended to July 24, 2026 or such other date as is convenient for the Court; and (iii) the Initial Case Management Conference, currently scheduled for June 26, 2026 shall be rescheduled to July 31, 2026, or such other date as is convenient for the Court.

Dated: June 10, 2026

**BURSOR & FISHER P.A.**

By: _/s/ Sarah N. Westcot_
      Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 333131-2800
Tel.: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiff*

Dated: June 10, 2026

**BOWMAN AND BROOKE LLP**

By: _/s/ Carissa Casolari_
      Carissa Casolari

Carissa Casolari (State Bar No. 292878)
600 Anton Boulevard, Suite 650
Costa Mesa, CA 92626
Tel.: 310.380.6577
E-Mail: carissa.casolari@bowmanandbrooke.com

*Counsel for Defendant*
*OOFOS, INC.*

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), counsel for Plaintiff Kerrey Saunders attests that counsel for Defendant, whose electronic signature appears above, has concurred in the filing of this Joint Stipulation to Extend Briefing Deadlines for the Joint Case Management Statement and Initial Case Management Conference.

Dated: June 10, 2026

**BURSOR & FISHER, P.A**.

By:  */s/ Sarah N. Westcot*
       Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 333131-2800
Tel.: (305) 330-5512
Facisimile: (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY SAUNDERS, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  v.<br><br>OOFOS, INC.,<br><br>             Defendant. | Case No. 3:26-cv-02537-CRB<br><br>MODIFIED<br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES**<br><br>Judge: Hon. Charles R. Breyer |

After reviewing the Stipulation and accompanying declaration, and good cause appearing, IT IS HEREBY ORDERED that: (1) Defendant's deadline to respond to the Complaint is extended to July 27, 2026; (2) Plaintiff Kerry Saunders and Defendant Oofos, Inc. shall file a Joint Case Management Statement on or before July 24, 2026; and (3) the Initial Case Management Conference shall be held on ~~July 31, 2026~~. August 14, 2026 at 8:30 a.m. by video conference.

      **IT IS SO ORDERED**

Dated: June \_\_\_11_____, 2026

_____
The Honorable Charles R. Breyer
U.S. District Judge